# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135289

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EDWARD GUOAN,
      Plaintiff-Appellant,

v

JERI ANN SHERRY, WARDEN,
      Defendant-Appellee.

SC: 135289
COA: 277823
Chippewa CC: 07-009119-AH

_____/

      On order of the Court, the application for leave to appeal the September 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

l0317